**Electronically Filed
Supreme Court
SCWC-19-0000486
22-JUL-2021
08:25 AM
Dkt. 13 ODAC**

SCWC-19-0000486

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

DENEANE M. HAMBY,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000486; CASE NO. 2DTA-19-00046)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant Deneane M. Hamby's Application for Writ of Certiorari filed on May 31, 2021, is hereby rejected.

DATED: Honolulu, Hawai'i, July 22, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

